| State of Alabama<br>Unified Judicial System<br><br>Form C-63 Rev 10/2001 | COMPLAINT | Warrant Number<br>W190472<br>Case Number<br>19N0456 |
|---|---|---|

In the Municipal Court of **TROY**

The Municipality of **TROY** V. **LARRY AYERS WILKE**

Before me, undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that **LARRY AYERS WILKE,** Defendant, whose name is otherwise unknown to the complainant, did prior to the commencement of this action, commit the offense of: **HARASSMENT** within the City of **TROY** or in the police jurisdiction thereof, in that he/she did on or about the **May 1, 2019**.

Description of Offense:

**LARRY AYERS WILKE did with intent harass, annoy, or alarm direct abusive or obscene language towards another person to-wit:   HAYLEY HELENA ROBINSON**

**Mr. Wilke held her by the arm against the brick wall of the Post Office, was up in her "personal" space and kissed her hand witout permission.**

**This happened in the city of Troy, Alabama.**

in violation of:   13A-11-8

PLAINTIFF'S EXHIBIT

_____ Section _____ , Code of Alabama, 1975.

_____ Ordinance Number _____ of the City of Troy, Alabama.

__X__ Ordinance Number 14-1, as amended, which embraces Section 13A-11-8

Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

Sworn to and subscribed before me this

the 2nd day of May, 2019                                   HAYLEY HELENA ROBINSON

_____                               _____
Court Clerk / Magistrate                                      Signature of Complainant

**WITNESSES**

Witness Name                     Witness Address                     Telephone Number

18 OF 32

| State of Alabama Unified Judicial System | DEPOSITION | Warrant/Summons Number |
|---|---|---|
| | | Case Number 19N 0456 |

### In The Municipal Court of Troy, Alabama

Municipality of **Troy** versus _____

***PLEASE COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED***

| Name of Accused  Larry Wilke | | | | | Phone | | |

| SSN | DL | DOB | Age | Race | Sex | Scars,Marks, or Tattoos |
|---|---|---|---|---|---|---|
| | | | | | | |

| Height | Weight | Hair | Eyes | Complexion |
|---|---|---|---|---|
| | | | | |

| Address | | City | St | Zip |
|---|---|---|---|---|
| Name of Employer | | Employer's Phone | Supervisor | |
| Employer Address | | City | St | Zip |

***PLEASE COMPLETE THE FOLLOWING ON THE OFFENSE***

Date and Time of Offense: _____ Place: _____

Person Attacked or Property Damaged (include value): _____

How Attacked: _____

Was accused using alcohol or drugs? ☐ Yes ☐ No / Was law enforcement contacted? ☐ Yes ☐ No  If Yes, who?_____

Did Accused possess or use a weapon? ☐ Yes ☐ No / If yes, type(s):_____

Did you go to the hospital? ☐ Yes ☐ No / If so, which one?_____ Injuries: _____

Details of Offense:
Saw me at post office pulled me out to the fair had me against the wall talking to me about crazy stuff making me feel uncomfortable. Then he kissed me on the hand. A bystander came by and saw that I needed help and we called the police while he was walking away yelling at us.

PLAINTIFF'S EXHIBIT  EXHIBIT 4  3 PAGES

19 OF 32

**DEPOSITION**

**Details of Offense Continued:**

I make this statement for the purpose of securing a WARRANT/SUMMONS against the accussed. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that is any of my statement is untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in the proceeding.

Sworn to and Subscirbed before me this

Complainant Signature: _____

_____2_____ day of

SSN: _____

_May_____, _2019_

Address: _____

Judge/Clerk/Majistrate_____

**WITNESSES**

| Name | Address | Phone |
|------|---------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

PLAINTIFF'S
EXHIBIT

EXHIBIT 4
3 PAGES

**JUDGE/CLERK/MAJISTRATE NOTES**

Warrant or Summons issued? ☐ Yes ☐ No

20 of 32