IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY AYERS WILKE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv631-MHT |
| | ) | (WO) |
| HALEY HELENA ROBINSON, | ) | |
| | ) | |
|     Defendant. | ) | |

OPINION

In this lawsuit, plaintiff asserts state-law claims of libel, slander, and infliction of emotional distress against the defendant. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge (doc. no. 15) that plaintiff's case be dismissed for lack of subject-matter jurisdiction, and that all pending motions be denied as moot. Also before the court are plaintiff's objections to the recommendation (doc. no. 18). After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of December, 2019.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**