IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY AYERS WILKE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv631-MHT |
| | ) | (WO) |
| HALEY HELENA ROBINSON, | ) | |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion is treated as his objections (doc. no. 18), and said objections (doc. no. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 15) is adopted.

(3) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

(4) All pending motions are denied as moot.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of December, 2019.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**