IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY AYERS WILKE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv631-MHT |
| | ) | (WO) |
| **HALEY HELENA ROBINSON,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Because this case has been dismissed and is closed, it is ORDERED that plaintiff Larry Ayers Wilke's motion for a temporary restraining order, labelled as a "petition for emergency injunction" (doc. no. 26), and his motion for a status conference (doc. no. 27) are denied.

DONE, this the 18th day of December, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**