IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY AYERS WILKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv631-MHT |
| ) | (WO) |
| HALEY HELENA ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Because this case has been dismissed and is closed, it is ORDERED that plaintiff Larry Ayers Wilke's motion to amend the complaint (doc. no. 29) is denied.

DONE, this the 30th day of December, 2020.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE